Charles Talbert
PPN: 810247
7901 State Road
Phila. PA. 19136



Re: Change of Address / Requests for Dockets

Dear Clerk of Court:

FILED
AUG -2 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

Kindly change my address to:

Charles Talbert
PPN: 810247
7901 State Road, Phila. PA. 19136

Kindly change this address to all civil matters:
(1) 18-1501; (2) 18-2270; (3) 18-1620; (4) 18-2518

* Can you please also send me "All" civil dockets and "final orders" to all civil matters at my ~~new~~ temporary address

18-1501
18-1620
18-2270
18-2518

I thank you in advance for your kind help and attention herein.

Charles Talbert



Clerk of Court
601 Market Street
Phila. PA. 19106