IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CHARLES TALBERT | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 18-1501 |
| CITY OF PHILADELPHIA, *et al.* | : | |

## ORDER

AND NOW, this 31st day of October 2018, upon considering the City of Philadelphia's Motion to dismiss (ECF Doc. No. 32) the Amended Complaint (ECF Doc. No. 31), Frank Regalis' Motion to dismiss (ECF Doc. No. 36), with no timely opposition, and for reasons in the accompanying memorandum, it is **ORDERED** Defendants' Motions (ECF Doc. Nos. 32, 36) are **GRANTED**:

1. Plaintiff's claims against the City of Philadelphia are **DISMISSED with prejudice**;

2. Plaintiff's claims against Frank Regalis are **DISMISSED without prejudice** to timely pursue in state court;[1] and,

3. Defendant's request to revoke *in forma pauperis* status is **DENIED as moot**.

KEARNEY, J.

---

[1] Nothing in this Order affects Plaintiff's claims against as yet unserved Defendants in this Court.